

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :

    - v. -                         :       NOTICE OF INTENT TO
                                          FILE AN INFORMATION
DANIEL GILLIAN,                   :
    a/k/a "Edwin Pisarro,"
                                  :       08 CRIM 344
           Defendant.
                                  :
- - - - - - - - - - - - - - - - x

        Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         April 14, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                By:  _____
                     Daniel S. Goldman
                     Assistant United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 14 2008

AGREED AND CONSENTED TO:

                By:  _____
                     Jennifer Brown, Esq.
                     Attorney for Daniel Gillian

4/15/08 WHEEL A