```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -x          JUDGE DANIELS

UNITED STATES OF AMERICA            :    INFORMATION

         -v.-                       :    08 Cr.

DANIEL GILLIAN,                     :
    a/k/a "Edwin Pisarro,"
                                    :
         Defendant.
                                         08 CRIM 344
- - - - - - - - - - - - - - - - - - -
```

COUNT ONE

The United States charges:

On or about July 20, 2007, in the Southern District of New York, DANIEL GILLIAN, a/k/a "Edwin Pisarro," the defendant, unlawfully, willfully, and knowingly did make a false statement in an application for a passport with the intent to induce and secure the issuance of a passport under the authority of the United States, for his own use, contrary to the laws regulating the issuance of passports and the rules prescribed pursuant to such laws, to wit, GILLIAN submitted an application for a United States passport containing false information, including a false name, date of birth, and social security number.

(Title 18, United States Code, Section 1542.)

                                            *Michael J. Garcia*
                                            MICHAEL J. GARCIA
                                            United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 1 8 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

DANIEL GILLIAN,
a/k/a "Edwin Pisarro,"

Defendant.

INFORMATION

08 Cr.

(18 U.S.C. § 1542)

MICHAEL J. GARCIA
United States Attorney.

April 18, 2008
Filed Waiver of Indictment and Information.
Deft. pres. w/atty: Jennifer Brown. AUSA Dan Goldman
present. Deft. pleads not guilty. Time excluded in the
interest of justice from April 18, 2008 to April 23, 2008.
Deft. cont'd released.

Freeman, USMJ