

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA            :     

    - v.-                              :

DANIEL GILLIAN,                     :
    a/k/a "Edwin Pisarro,"
                                  :

         Defendant.
                                  :
- - - - - - - - - - - - - - - - - -X

       The above-named defendant, who is accused of violating Title 18, United States Code, Section 1542, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

                                        _____
                                        Defendant

                                        _____
                                        Witness

                                        _____
                                        Counsel for Defendant

Date:     New York, New York
           April 18, 2008



0202